IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP -6 PM 5: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| DAFNEY THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) No. 04-2314 Ml/V |
| CITY OF MEMPHIS, et al., | ) |
| Defendants. | ) |

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on August 19, 2005, by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, the trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last two (2) days, is set to begin <u>Monday, June 5, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Thursday, May 25, 2006 at 8:45 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>May 18, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-7-05

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this _6_ day of September, 2005.

                                         _____
                                         JON PHIPPS McCALLA
                                         UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CV-02314 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Timothy P. Taylor
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Brian L. Kuhn
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Louis P. Britt
FORD & HARRISON, LLP
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT